JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RENATO SANTOS

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 00-00138 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO RETURN |
| | ) | DEFENDANT'S PASSPORT |
| vs. | ) | |
| | ) | |
| RENATO SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's passport heretofore turned over to the Clerk of Courts as a condition of his release be released and returned to the defendant forthwith.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, November 7, 2005.

_____  _____
JOHN T. GORMAN                   MARIVIC P. DAVID
Attorney for Defendant           Attorney for Plaintiff
RENATO SANTOS                    UNITED STATES OF AMERICA