

**FILED**
DISTRICT COURT OF GUAM

NOV 10 2005

MARY L.M. MORAN
CLERK OF COURT

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RENATO SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00138 |
| Plaintiff, | ) | |
| vs. | ) | ORDER re |
| | ) | STIPULATION TO RETURN PASSPORT |
| RENATO SANTOS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant's passport heretofore turned over to the Clerk of Courts as a condition of his release be released and returned to the defendant forthwith.

DATED: Hagatna, Guam, November 10, 2005..

The Honorable JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

**ORIGINAL**