JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RENATO SANTOS

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RENATO SANTOS,<br><br>    Defendant. | CRIMINAL CASE NO. 00-00138<br><br>ORDER re<br>STIPULATION TO RETURN PASSPORT |

IT IS HEREBY ORDERED that the defendant's passport heretofore turned over to the Clerk of Court as a condition of his release be released to the Office of the Federal Public Defender since the defendant is currently off-island.

DATED: Hagatna, Guam, 11/15/2005.

_____
The Honorable JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

**ORIGINAL**