

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>SANTOS, Renato )<br>        Defendant. )<br>_____) | CRIMINAL CASE NO. 00-00138-001<br><br>**INFORMATIONAL REPORT** |

**Re: Suspension of Substance Abuse Treatment Condition**

      On February 5, 2002, Renato Santos was sentenced in the District Court of Guam to a 41 month imprisonment term, with credit for time served, followed by a 60 month term of supervised release term for Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 846, and 18 U.S.C. § 2. Conditions of supervised release included submission to the mandated three drug tests upon release from imprisonment; refrain from the use of any and all alcohol beverages; undergo a mental health assessment approved by the U.S. Probation Office, submit to any recommended treatment as a result of that assessment, and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; and pay a special assessment fee of $100. Renato Santos is being supervised by the Central District of California Probation Office.

      A mental health assessment was conducted by the Asian Pacific Counseling and Treatment Center, and it concluded that mental health treatment is no longer needed at this time. In light of the assessment, the Probation Office has recommended the suspension of the mental health condition. However, monitoring will continue and a referral for treatment will be made if necessary.

INFORMATIONAL REPORT
Suspension of Substance Abuse Treatment Condition
Re: SANTOS, Renato
USDC Cr. Cs. No. 00-00138-001
December 9, 2005
Page 2

This report is submitted for the Court's information.

RESPECTFULLY submitted this 9th day of December 2005.

          FRANK MICHAEL CRUZ
          Chief U.S. Probation Officer

By: *(signed)*
          ROSSANNA VILLAGOMEZ-AGUON
          U.S. Probation Officer

Reviewed by:

*(signed)*
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
   Federal Public Defender
   USPO Marla S. Weisenfeld, Central District of California
   File