Renato Santos
4784 Daisy Avenue
Long Beach, CA 90805
Telephone: (310) 972-8808

Petitioner In Pro Per



**FILED**
DISTRICT COURT OF GUAM

MAR 10 2006

**MARY L.M. MORAN
CLERK OF COURT**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff, Respondent,

Vs,

RENATO SANTOS,

    Defendant, Petitioner
_____/

Case No: 00-00138-001
**Judge: John S. Unpingco**

**EX PARTE PETITION
FOR MODIFICATION OF
SUPERVISED RELEASE**

COMES NOW, RENATO SANTOS, Defendant, Petitioner with Petition For

Modification of Supervised Release, pursuant to Title 18, S3583(e) (1) of the United

States Code.

## STATEMENT OF THE FACTS

On or about November 30, 2000 Renato Santos was arrested for violation of 21 USC

841(a)(1) & 846 and 18 USC 2, Conspiracy to Distribute Methamphetamine.

Subsequently Petitioner entered a plea of guilty to one count of the aforementioned

charge.

Defendant, Petitioner, Renato Santos was sentenced to a term of 41 months imprisonment

which he served at the Federal Prison Camp at Lompoc, California.

**ORIGINAL**

The District Court imposed five (5) years of supervised release of which he has now served approximately one year.

The Defendant, Petitioner hereby submits the following information for modification Of supervised release to wit:

## MITIGATING INFORMATION

Whereas the Defendant, Petitioner RENATO SANTOS:

Has paid all fines and special assessments in full, and has no obligation for Restitution and has completed his community service;

Has committed no new offenses or violations of the law of any kind since his release;

Has moved to Long Beach, California and established himself as a resident of the Community, currently living with his relatives; Petitioner is retired and in poor health due to his age and the fact that he suffers from asbestos poisoning he contracted during his many years of working as an electrician at the Long Beach Naval shipyards;

Has at his own initiative undertaken to assist friends and relatives with repairs and Maintenance at their homes as his health allows in addition to the public service or community service which he has already served as part of his sentence;

Has undertaken additional efforts to help in the development of his community through participation in various activities at his local religious organization;

and has cooperated fully and in a timely manner with all requests of the U. S. Probation Office.

THEREFORE, Defendant, Petitioner RENATO SANTOS requests that this court

Take into consideration the above mentioned information and terminate his

Supervised Release forthwith.

Dated: March 1, 2006

                                            Respectfully Submitted,

                                            Renato Santos,
                                            Defendant, Petitioner, Pro Per