# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Renato Santos, <br><br> Defendant. | Case No. 1:00-cr-00138 <br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Ex Parte Petition for Modification of Supervised Release filed March 10, 2006*, on the dates indicated below:

*U.S. Attorney's Office*          *U.S. Probation Office*
*March 13, 2006*                  *March 13, 2006*

The following individual was served by first class mail on March 13, 2006:

    *Renato Santos*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Ex Parte Petition for Modification of Supervised Release filed March 10, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 13, 2006                    /s/ Leilani R. Toves Hernandez
                                                                              Deputy Clerk