
**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RENATO SANTOS<br>Defendant. | CRIMINAL CASE NO. 00-00138-001<br><br>**EX PARTE PETITION FOR**<br>**MODIFICATION OF**<br>**SUPERVISED RELEASE** |

     On February 5, 2002, Renato Santos was sentenced in the District Court of Guam to a forty-one-month term of imprisonment, with credit for time served, followed by a sixty-month term of supervised release for the offense, Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) & 846, and 18 U.S.C. § 2. The Court recommended that while imprisoned, Mr. Santos participate in the 40-hour drug educational program and any mental health treatment program. Conditions of supervised release included: not use or possess illegal controlled substances and submission to the three mandated drug tests upon release from imprisonment; refrain from the use of any and all alcoholic beverages; undergo a mental health assessment approved by the U.S. Probation Office, and submit to any recommended treatment; perform 100 hours of community service; and pay a special assessment fee of $100.00.

     On March 10, 2006, Renato Santos filed an Ex Parte Petition for Modification of Supervised Release in the District Court of Guam requesting for early termination of his supervised release term, pursuant to 18 U.S.C. § 3583(e)(1). He is currently being supervised by the Central District of California Probation Office. According to U.S. Probation Officer Richard Colton III, Mr. Santos meets the criteria for early termination in their district, and they have no objections to the petition. Assistant U.S. Attorney Marivic David, District of Guam, has also indicated her support to the request.

     In light of the above information, the Probation Office for the District of Guam supports the petition filed by Renato Santos for early termination of his supervised release term. Enclosed is the order for the Court's review and disposition.

**ORIGINAL**

RESPECTFULLY submitted this __11th__ day of April 2006.

                        FRANK MICHAEL CRUZ
                        Chief U.S. Probation Officer

          By: _____
                        ROSSANNA VILLAGOMEZ-AGUON
                        U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    John T. Gorman, Federal Public Defender
      Marivic P. David, Assistant U.S. Attorney
      File