PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

RENATO SANTOS

Criminal Case #: 00-00138-001

On _____ March 8, 2005 _____ the above named was placed on probation/<u>supervised release</u> for a period of _five_ years. The probationer/<u>supervised releasee</u> has complied with the rules and regulations of probation/<u>supervised release</u> and is no longer in need of supervision. It is accordingly recommended that the probationer/<u>supervised releasee</u> be discharged from supervision.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/<u>supervised releasee</u> be discharged from supervision and that the proceedings in the case be terminated.

Dated this 04/13/06 day of April, 2006.

RECEIVED
APR 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

ROGER T. BENITEZ, Designated Judge
United States District Judge